# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL D. DYDZAK,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 17-cv-04360-WHO<br><br>**ORDER RE ORDER TO SHOW CAUSE WHY PLAINTIFF DANIEL DYDZAK SHOULD NOT BE DECLARED A VEXATIOUS LITIGANT**<br><br>Re: Dkt. No. 37 |

On October 31, 2017, then-presiding Judge Chen issued an Order to Show Cause requiring plaintiff Daniel Dydzak to respond on or before November 30, 2017 as to why he should not be declared a vexatious litigant in light of his filings and litigation conduct in the Central and Northern Districts of California. Dkt. No. 37 n.1. As of today's date, Mr. Dydzak has not filed an opposition or other response to that Order to Show Cause.

This case has been reassigned to me and the Order to Show Cause is still pending. In light of the reassignment, I will give Mr. Dydzak one more opportunity to respond to the Order to Show Cause.

In light of the pattern of harassing behavior and frivolous filings described in Judge Chen's October 31, 2017 Order to Show Cause, and considering Dydzak's most recent filing (*Dydzak v. Chen et al.*, Case No. 17-cv-06843-RS ), plaintiff Daniel Dydzak is ORDERED TO SHOW CAUSE (1) why he should not be declared a vexatious litigant by this Court and (2) why he should not be prohibited from initiating any further litigation in this or any other federal court raising any claim based on, arising out of, or related to his disbarment or alleging that orders entered in lawsuits previously filed by him related to the same were rigged, fixed, or otherwise unlawful or illegitimate, without prior authorization from the appropriate federal court. In the absence of such a showing, Mr. Dydzak will be declared a vexatious litigant and will be required

to provide security in the amount of $5,000 for each defendant against whom he seeks to proceed with Court authorization, as described above.

Plaintiff's response to this Order to Show Cause must be filed no later than **January 29, 2018** in a single filing not to exceed 15 double-spaced pages, inclusive of all exhibits and attachments, and formatted consistently with the local rules.

**IT IS SO ORDERED.**

Dated: January 8, 2018

William H. Orrick
United States District Judge