IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL D. DYDZAK, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 17-cv-04360-MMC <br><br> **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO DISQUALIFY JUDGE ORRICK; DENYING PLAINTIFF'S APPLICATION TO STRIKE JANUARY 8, 2018 ORDER** |

Before the Court is plaintiff's "Motion to Disqualify Honorable William Orrick," filed January 26, 2018. As Judge Orrick voluntarily recused himself on February 7, 2018, the motion is hereby DENIED as moot.

Also before the Court is plaintiff's "Application," filed January 31, 2018, by which filing plaintiff seeks to have stricken an order, issued January 8, 2018, by Judge Orrick, which order afforded plaintiff an extension of time to file a response to an order to show cause issued by Judge Edward M. Chen, the judge previously assigned to the case. As plaintiff fails to state any cognizable basis for striking Judge Orrick's order, the Application is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 19, 2018

MAXINE M. CHESNEY
United States District Judge